IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-239-1H

ERIC LAMONT PHILLIPS,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter is before the court on petitioner's motion to run sentences concurrently. [DE #36]. Nearly three years after judgment was entered in this matter, petitioner moves the court for an order running his state sentence of three years concurrently with his 120-month federal sentence, pursuant to 18 U.S.C. § 3584(b), which provides "[t]he court, in determining whether the terms imposed are to be ordered to run concurrently or consecutively, shall consider, as to each offense for which a term of imprisonment is being imposed, the factors set forth in section 3553(a)." It is unclear from petitioner's motion before the court to which sentence the petitioner is referring. For lack of good cause shown, petitioner's motion, [DE #36], is DENIED.

This 11th day of April 2018.

                        Malcolm J. Howard
                        Senior United States District Judge

At Greenville, NC
#35